No. 6629.—TOMASINI, aplte. *v.* MUNICIPIO DE PONCE, apldo.— C. D. Ponce. ▮▮▮▮▮▮▮ Junio 10, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Celebrada la audiencia previamente señalada en este caso para que la parte apelante expusiera las razones que pudieran existir para que no se desestime el recurso por abandono a causa de no haberse

presentado el alegato a pesar de que la transcripción se radicó en febrero 24, 1934, el Tribunal, atendidas las razones alegadas por dicha parte apelante en moción radicada conjuntamente con su alegato el mismo día en que se celebró la audiencia ya expresada, acuerda admitir, como admite, dicho alegato y autorizar la continuación del recurso.